■ (A) DORA GREEN et al., v. EUGENE BERNSTEIN. (B) DORA GREEN et al., v. ELIZABETH CARTIER.— [In each action] Application granted. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ RUTH M. SOKOLSKY, as Administratrix, v. UNITED AIR LINES, INC.— Motion granted to the extent of permitting the appellant to serve counsel for the plaintiff with the notice of appeal nunc pro tunc. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of JULIANA OPPERMAN.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Probate of the Will of DAVID KESSLER, Deceased.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ LUCY IORIO v. FRANK IORIO.— Motion for an enlargement of time granted insofar as to extend respondent-appellant's time to serve and file the record on appeal and appellant's points to and including October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ JANE UHL v. CITY OF NEW YORK et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel of the City of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ FRANK MINUSKIN, Individually and as Stockholder of MILLER PAINTING CORPORATION, v. LOUIS MILLER et al.— Motion for a stay dismissed as academic. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ IRWIN MARGULIES et al., v. HERMAN GREENFELD.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated August 13, 1962. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ MOLLIE KLEIN et al., v. TENNEBAUM'S LITTLE HUNGARY, INC., et al.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.